# Exhibit A

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* YouTube, LLC and ~~401 Cherry Avenue, San Bruno, CA 94066~~ Google inc.
~~Fax : +1 650-253-0001~~

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* ~~1600 Amphitheatre Parkway Mountain View CA 94043~~ AK

AKIKO KIJIMOTO ~~(323-641-1886)~~ AK
~~460 S Spring St #304 LA CA 90015~~ AK

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

SUM-100

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 31 2017

Sherri R. Carter, Executive Officer/Clerk
By: Judi Lara, Deputy

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* Stanley Mosk Courthouse

**CASE NUMBER:** *(Número del Caso)* BC 663464

111 North Hill Street Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

AKIKO KIJIMOTO    460 S Spring St #304 LA, CA, 90015

DATE: 323-641-1886                  Clerk, by    J. LARA            , Deputy
*(Fecha)* MAY 3 1 2017    SHERRI R. CARTER  *(Secretario)*                           *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* YouTube, LLC
   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other *(specify):* Limited Liability Company
4. ☒ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Exhibit A

-7-

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| AKIKO KIJIMOTO<br>460 S Spring St #304 Los Angeles, CA. 90015<br>TELEPHONE NO.: 323-641-1886  FAX NO.: 080-5912-9830 (Japan)<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St Los Angeles, CA. 90012
MAILING ADDRESS:
CITY AND ZIP CODE: LA. CA. 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME: CIVIL CASE

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [✓] Unlimited   [ ] Limited<br>(Amount        (Amount<br>demanded      demanded is<br>exceeds $25,000) $25,000 or less) | [✓] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [✓] Business tort/unfair business practice (07)
- [✓] Civil rights (08)
- [✓] Defamation (13)
- [✓] Fraud (16)
- [✓] Intellectual property (19)
- [✓] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation** (Cal. Rules of Court, rules 3.400–3.403)
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above-listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [✓] is  [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [✓] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [✓] Substantial amount of documentary evidence
   d. [✓] Large number of witnesses
   e. [✓] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [✓] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [✓] monetary  b. [✓] nonmonetary; declaratory or injunctive relief  c. [✓] punitive
4. Number of causes of action *(specify)*:
5. This case [ ] is  [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 31. May. 2017

AKIKO KIJIMOTO
(TYPE OR PRINT NAME)

▶ /s/ Akiko Kijimoto
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

Exhibit A

-8-

76T576T-

1  Akiko Kijimoto
2  460 S Spring St #304
3  Los Angeles, CA 90015
4  323-641-1886 (Prepaid USA)   080-5912-1830 (Japan)
5  ako9008@gmail.com

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 31 2017

Sherri R. Carter, Executive Officer/Clerk
By: Judi Lara, Deputy

7  SUPERIOR COURT OF THE STATE OF CALIFORNIA
8  COUNTY OF LOS ANGELES

10  Akiko Kijimoto
11         Plaintiff,                    BC 663484
12    - against -
13  YouTube. LLC and Google inc.          Complain
14         Defendants.
15  ~~901 Cherry Avenue~~ San Bruno, CA 94066 Ak
16  ~~Fax : +1 650 253~~ -000 1Ak
17
                To the Court. All parties
18  Victims who are being cyberbulling by cybercrime at YouTube.
19  YouTube Channel : https://www.youtube.com/user/highnote000/about
20  Business mail : synth@plala.to    name : U-TAKA   every wed.
21  Claim for damages. 2 billion dollars. US$ 2 billion.
22  As a life insurance, copyright. life liability insurance,
23  as person and the person who suffered damage.
24  As long as it is not a record company etc., Since the individual
25  is active content, It seems illegal content no matter how anyone
26  see it. It seems that YouTube is participating in trafficking
27  in persons and act of killing people because the human voic
28  is included in the copyrighted work.

1. Despite repeated e-mails and reports at YouTube, I did not finish easi
2. I went to the police again and again. Because I could not do anything
3. I have been very hard time for long time.
4. This Channel also causes defamation and harassment to Official
5. artists and music record Company.
6. User's content ID. Please disclose IP adress information and
7. delete the video As soon as possible.
8. I think that is necessary to improve the system improvement.
9. and correspondence so that such a thing doesn't occur anymor
10. In youtube. people with a wide range of age can easily view
11. and announce the content. So much more. I think that
12. it is necessary to review the content a little more
13. carefully before publishing it publicly.
14. The contents of this channel. (Cyber crime and Cyberbulling and copyright, identity theft)
15. ① Two voices (voice at the age of 17) Takahiro Suzuki and Akiko Kijimoto dam
16.    he was my ex boyfriend when i was high school student.
17. ② Official artist name
18. ③ Official songs name  ) Copyright
19. ④ Picture (maybe. probably)
20. ⑤ my birthday / my phone number    wire tap damaged
21.    ▇▇▇▇ 1983 / 080-4204-0908 (iphone Soft Bank contract)
22. ⑥ The name of the business mail also uses my uncle's name. Since 2011
23.    The operator seems to be acting pretending to be my uncl
24.    my uncle's name  Yutaka Kijimoto.
25.    business mail adress : synth@plala.to   name: U-TAK
26. All this channel made of stolen items. (voice, name, Songs nam
27. It mean every good poi Exhibit A mixed and arranged by Cuhase pictur
28.

-10-

76T576T-

1. my damage (Akiko Kijimoto)
2. ① Credit card fraud (Report of Identity theft at LAPD)
3. ② I divorced in 17. Jun. 2016. I and my husband got confi
4. by this YouTube video. Because it was a karaoke video with my ex bo
5. I thought my husband did.... but he also got identity theft damage
6. like skimming damage.
7. ③ Mental damage. I became an adaptation disorder by sh
8. YouTube contents Started 10. Mar. 2014.
9. ④ I was bothered by stalking acts and harassment to
10. inpersonate. From → https://twitter.com/high_noteP
11. This is what I have surveyed → https://twitter.com/high_c
12. My ex boyfriend's damage. (Takahiro Suzuki)
13. 
14. he had been net stalking for over 10 years. YouTube contents st
15. he was about to commit suicide and was brought 8. Sep. 2011
16. I thought why. but i got the same damage and understood to the hospital
17. the meaning. Because it was Cyberbulling. and Cybercr
18. 
19. I asked the police and court in missouri State to stop the
20. YouTube video from Japan.
21. This Channel causes cyberbullying and harassment to me, and
22. my family. my friend.
23. 
24. This Channel causes defamation and harassment to
25. official artist name. and Disturbance for business to
26. record company. third party is very confused content. even
27.      third parties are also damaging.
28. my YouTube Channel : rythmique.co     Thank You !!

**Exhibit A**
-11-

# why cyberbullying?

A voice is a part of a human face and a person can be authenticated as soon as it is a face, but it is a view that it is difficult to qualify a voice quite easily, it is a view that it corresponds to bullying, a voice is used as a material Changing is the cause of bullying.

Even if it was a young voice, I think that the image of a person, the face of a person gently floats, because he use the voice of a living human being as a material, I think that it is a very incompetent act.

and how to stole human voice ...
Not much, how do you feel that it is horrible?

### voice

A voice is a human face, the personality of a person who was born and sometimes makes people imagine.

### name

The name of the artist comes with the voice of that person.

Especially famous artists are more imagine.

### Harassment

Because it finishes with a karaoke sound source, it is even more harassing that it is difficult for a person who has suffered damage to be able to easily earn money by stealing people's things.

1

Exhibit A
-12-

sexual harassment

Especially, it is written separately from male, female, high_note.

However, being divided into male females, this initial letter H is worthy of sexual harassment and is an act of humiliation against the owner of name and voice.

This deserves sexual harassment.

, identity theft

Face and voice are the only personality born by a human being.
It is a part that can instantly identify people.
It is human rights

Name, birthday is what you born with your family born.

If you listen to a name, you can imagine that person, an element that instantly floats people.

I wondered why the voice was used and how it was stolen.

The contents match all later,
I noticed later on various things.

cybercrime

credit card fraud

google play    kimi entertain inc.

2

sexual harassment

Especially, it is written separately from male, female, high_note.

However, being divided into male females, this initial letter H is worthy of sexual harassment and is an act of humiliation against the owner of name and voice.

This deserves sexual harassment.

, identity theft

Face and voice are the only personality born by a human being.
It is a part that can instantly identify people.
It is human rights

Name, birthday is what you born with your family born.

If you listen to a name, you can imagine that person, an element that instantly floats people.

I wondered why the voice was used and how it was stolen.

The contents match all later,
I noticed later on various things.

cybercrime

credit card fraud

google play    kimi entertain inc.

2

**Exhibit A**
**-14-**

Because everything was in real time,

With this kind of content, I regarded this content as a sex tape.

Also, being able to do such things, I felt horrible when he shed sex tape, I even felt that he had already been shed.
Because it is a business that a third party who is completely unknown is doing for money making and I have never even contacted myself.
(seen him.)
As for here, I think that the artist who was written here not only felt extraordinarily terrible.

I think that someone who viewed this content also felt this way.

While saying that he is uploading a karaoke sound source with Bocaro, Vocaloid.

A human being is singing. . .
Comment

Especially what he wrote was a very terrible word, clearly making fool of people.

Despite being blatantly speaking to himself what he is doing, the provider company does not respond to anything. Finally, it is causing a defamation to a famous artist. That was a very doubtful question.

3

Akiko Kijimoto
31.May.2017

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# COUNTY OF LOS ANGELES

akiko kijimoto
    Plaintiff
against
YouTube LLC and Google inc.
    defendants

## To the Court  All Parties

Victim who are being cyberbullying by cybercrime at YouTube.
YouTubeChannel : https://www.youtube.com/user/highnote000/about     every (wed)
Business mail : synth@plala.to     name:U-TAKA

As a life insurance , life liability insurance,
infringement of copyright , Public transmission rights violation,

as a person and the person who suffered damage.
As long as it is not a record company etc...   since individual is active contents. it seems illegal contents no matter how anyone see it.
It seems that YouTube is participating in trafficking in person and act of killing people because the human voice is included in copyrighted work.
despite repeated e mail and reports at YouTube.
i did not finish easily.
i went to the police again and again . Because i could not do anything.

1

**Exhibit A**
**-16-**

i have been very hard time for long time.

This channel also causes defamation and harassment to official artists and music company.

User's content ID , Please disclose IP adress information and delete the video as soon as possible.

I think that is necessary to improve the system improvement and correspondence so that such a thing doesn't occur anymore.

In YouTube , People with a wide range of age can easily view and announce the content, so much more . I think that it is necessary to review the content a little more carefully before publishing it publicly.

The contents of this channel . (cybercrime and cyberbullying and identity theft damage .  infringement of copyright,Public transmission rights violation,)

① Two voices (voice at the age of 17) Takahiro Suzuki / Akiko Kijimoto)

he was my ex boyfriend when i was high school student .

② Official artist name

③ Official songs name

④ Picture (probably)

⑤ my birthday / my phone number     wire tap damaged

▓▓▓1983 / 080-4204-0908 ( iPhone /SoftBank / Contract since 2011)

⑥ The name of the business mail also uses my uncles name.

The operator seems to be acting pretending to be my uncle.

My uncles name Yutaka Kijimoto.

business mail address : synth@plala.to     name : U-TAKA

All this channel made of stolen items. (Voice.name.songsname.picture)

It mean every good point is mixed and arranged by cubase.

2

My damage   (akiko kijimoto)

①credit card fraud ( Report of identity theft at LAPD)

②I divorced in 17 Jun 2016 .

I and my husband got confused by this YouTube video. Because it was a karaoke video with my ex boyfriend . I thought my husband did …. but he also got identity theft damage like skimming damage.

③mental damage . I became an adaptation disorder by stress.

   YouTube contents started 10 Mar 2014.

④I was bothered by stalking acts and harassment to impersonate.

from → http://tweitter.com/high_noteP


This is what I have surveyed → http://twitter.com/high_capture


My ex boyfriends damage (Takahiro Suzuki)

he had been netstalking for over 10years. YouTube contents start 8.Sep.2011

he was about commit suicide and was brought to the hospital .

I thought why , but i got same damaged and understood the meaning .

Because it was cyberbullying and cybercrime.

I asked the police and court in missouri state to stop the YouTube video from japan.

This channel causes cyberbullying and harassment to me and my family .my friend.

This channel causes defamation and harassment to official artist name . and disturbance for business to record company .

Third party is very confused contents.

Even third parties are also damaging.


my YouTube Channel : rythmique.co

3