UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AKIKO KIJIMOTO,

    Plaintiff,

v.

YOUTUBE LLC, et al.,

    Defendants.

Case No. 18-cv-00754-HSG

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On May 29, 2018, the Court granted Defendants' motion to dismiss, with leave to amend. *See* Dkt. No. 51 at 4. The Court directed Plaintiff to file an amended complaint within 28 days. *See id.* The Court made clear in its order that failure to adhere to this deadline would result in the dismissal of this action. *Id.* Because Plaintiff did not submit an amended complaint, this action is dismissed without prejudice. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 2/13/2019

                                          _____
                                          HAYWOOD S. GILLIAM, JR.
                                          United States District Judge